IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARLEEN A. SCHNITKER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NAMPA SCHOOL DISTRICT, a political subdivision, and JOHN/JANE DOES I-V, whose true identities are unknown,<br><br>　　　　　　Defendant. | Case No.: 1:20-cv-00412-WBS<br><br>**ORDER OF DISMISSAL** |

JUDGMENT IS ENTERED AS FOLLOWS: Pursuant to the signed Stipulation to Dismiss with Prejudice filed with the Court on December 20, 2022, Plaintiff's Complaint against Defendant Nampa School District is hereby DISMISSED, in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

//end of text//

Dated: December 21, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Bret A. Walther
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:　(208) 344-5800
Facsimile:　(208) 344-5510
E-Mail:　　*bjulian@ajhlaw.com*
　　　　　　*bwalther@ajhlaw.com*

ORDER OF DISMISSAL - 1